

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00033-CV

IN THE INTEREST OF J.F. AND J.F., CHILDREN

On Appeal from the 360th District Court
Tarrant County, Texas
Trial Court No. 360-628026-17

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

Appellant Javon Deanne Fedrick timely filed a pro se notice of appeal on February 26, 2025.[1] The clerk's record was filed on April 24, 2025. On May 23, 2025, we received a document that purported to be Fedrick's appellate brief. On May 28, 2025, we sent Fedrick a letter explaining that the document we received was inadequate to serve as a brief because it did not meet the requirements of Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. In our letter, we provided Fedrick with a detailed explanation of why the document she provided to this Court failed to comply with Rule 38.1.[2] We informed Fedrick that, if she did not file a brief that complied with Rule 38.1 by June 27, 2025, the appeal would be ripe for dismissal for want of prosecution.

On June 2, 2025, we received a document that we construed as Fedrick's "corrected" brief. That document also failed to comply with the requirements of Rule 38.1. Because Fedrick did not file a brief meeting the requirements of Rule 38.1, her appeal is ripe for dismissal.

---

[1] Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to Section 73.001 of the Texas Government Code. *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.). We are unaware of any conflict between precedent of the Second Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.

[2] Each factual statement must contain a citation to the appellate record so that the Court can locate and confirm facts. Devon did not comply with Rule 38.1(g) in either her original document or her revised document. *See* TEX. R. APP. P. 38.1(g).

Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8, 42.3; *see also Williams v. Johnson*, No. 10-02-346-CV, 2003 WL 21361266 (Tex. App.—Waco June 4, 2003, pet. denied) (per curiam) (mem. op.).


Scott E. Stevens
Chief Justice


Date Submitted:      June 12, 2025
Date Decided:        June 13, 2025